Certificate Number: 02645-IAN-CC-033881756



02645-IAN-CC-033881756

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 30, 2019</u>, at <u>10:00</u> o'clock <u>AM EST</u>, <u>Veronica M Novak</u> received from <u>123 Credit Counselors, Inc</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of Iowa</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>December 30, 2019</u>     By: <u>/s/Olivia Martinez</u>

Name: <u>Olivia Martinez</u>

Title: <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).




View PDF

# BUDGET COUNSELING REVIEW

Dear Veronica,

The final step you will receive a Budget Analysis and a Credit Counseling certificate. **(If you are filing jointly, your spouse will go through this process separately).**

## 1. Budget

Based on the information you entered on your budget, your income and expenses show a NET of **$-1,149.92**.

These are some guidelines you may utilize when designing a budget for your future:

| Expenses | Recommended percentage of net income | Your percentage of net income |
|---|---|---|
| Housing | 25% | 14.78% |
| Transportation | 15% | 15.52% |
| Utilities | 10% | 13.96% |
| Food | 10% | 19.70% |
| Personal Care | 5% | 10.02% |
| Medical | 10% | 9.51% |
| Entertainment | 5% | 0.00% |
| Miscellaneous | 10% | 63.72% |
| Savings | 10% | 0.00% |

## HOUSEHOLD BUDGET

### HOUSEHOLD INCOME

| | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Payroll Income (After Taxes) | 2,132.00 | 25,584.00 | |
| Spouse's Income | 0.00 | 0.00 | |
| Pension Income | 0.00 | 0.00 | |
| Investment Income | 0.00 | 0.00 | |
| Social Security Income | 0.00 | 0.00 | |
| Disability Income | 0.00 | 0.00 | |
| Unemployment benefits | 0.00 | 0.00 | |
| Rental Room / Property Income | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Alimony (received) | 0.00 | 0.00 |
| Child Support (received) | 204.00 | 2,448.00 |
| Family Support (received) | 0.00 | 0.00 |
| Food Stamps | 0.00 | 0.00 |
| Other: Untaxed COlor Street Earnings | 100.00 | 1,200.00 |
| **Total** | **$2,436.00** | **$29,232.00** |

## MONTHLY HOUSE EXPENSES

| | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Monthly Mortgage Payment | 0.00 | 0.00 | |
| Homeowner's Association dues | 0.00 | 0.00 | |
| Equity Loan / Line of Credit | 0.00 | 0.00 | |
| Homeowners Insurance (if not in mortgage) | 0.00 | 0.00 | |
| Flood Insurance | 0.00 | 0.00 | |
| Property Taxes (if not in mortgage) | 0.00 | 0.00 | |
| Rent | 360.00 | 4,320.00 | |
| Home Mainetenance | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| **Total** | **$360.00** | **$4,320.00** | |

## UTILITIES

| | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Electricity | 101.00 | 1,212.00 | |
| Gas | 40.00 | 480.00 | |
| Water / Sewer | 55.00 | 660.00 | |
| Garbage | 0.00 | 0.00 | |
| Telephone (Home) | 0.00 | 0.00 | |
| Telephone (Cellular) | 37.00 | 444.00 | |
| Cable TV | 107.00 | 1,284.00 | |
| Internet | 0.00 | 0.00 | |
| Lawn Care Service | 0.00 | 0.00 | |
| Alarm Monitoring Fees | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| **Total** | **$340.00** | **$4,080.00** | |

## MEDICAL EXPENSES

|  | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Medical Insurance Premium | 0.00 | 0.00 | |
| Dental Insurance Premium | 0.00 | 0.00 | |
| Co-Payments for Appointments | 127.00 | 1,524.00 | |
| Monthly Prescriptions | 20.00 | 240.00 | |
| Glasses / Contact Lenses | 25.00 | 300.00 | |
| Yearly Deductibles | 0.00 | 0.00 | |
| Life Insurance Premium | 1.25 | 15.00 | |
| Veterinarian Expenses | 8.33 | 100.00 | |
| Other: Chiropractor Bill | 50.00 | 600.00 | |
| **Total** | **$231.58** | **$2,779.00** | |

## FOOD

|  | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Groceries | 290.00 | 3,480.00 | |
| Dining Out | 100.00 | 1,200.00 | |
| School Lunch Money | 45.00 | 540.00 | |
| Pet Food | 25.00 | 300.00 | |
| Other: Cat litter | 20.00 | 240.00 | |
| **Total** | **$480.00** | **$5,760.00** | |

## TRANSPORTATION

|  | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Car Payment (Auto 1) | 0.00 | 0.00 | |
| Car Payment (Auto 2) | 0.00 | 0.00 | |
| Car Payment (Auto 3) | 0.00 | 0.00 | |
| Car Insurance | 48.00 | 576.00 | |
| Gasoline | 280.00 | 3,360.00 | |
| Maintenance / Repairs | 50.00 | 600.00 | |
| Parking | 0.00 | 0.00 | |
| Tolls | 0.00 | 0.00 | |
| Public Transportation / Taxis | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| **Total** | **$378.00** | **$4,536.00** | |

## PERSONAL DEBT OR EXPENSES

*Only add in credit card payments & personal loan payments if you plan to continue payments on them monthly. If you no longer plan on paying on your credit cards & personal loans, please leave it blank.

|  | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Credit Card Payments #1 | 46.00 | 552.00 | |

| | | |
|---|---|---|
| Credit Card Payments #2 | 115.00 | 1,380.00 |
| Credit Card Payments #3 | 328.00 | 3,936.00 |
| Credit Card Payments #4 | 28.00 | 336.00 |
| Credit Card Payments #5 | 84.00 | 1,008.00 |
| Credit Card Payments #6 | 75.00 | 900.00 |
| Personal Loan | 500.00 | 6,000.00 |
| IRS Debt / Installment Plan Payment | 0.00 | 0.00 |
| Alimony / Child Support | 0.00 | 0.00 |
| Children's Allowance | 0.00 | 0.00 |
| Cigarettes / Alcohol | 144.00 | 1,728.00 |
| Gifts | 0.00 | 0.00 |
| Other: Verve credit card | 110.00 | 1,320.00 |
| Other: | 0.00 | 0.00 |
| **Total** | **$1,430.00** | **$17,160.00** |

## PERSONAL CARE

| | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Clothing | 50.00 | 600.00 | |
| Barber / Salon | 25.00 | 300.00 | |
| Cosmetics | 0.00 | 0.00 | |
| Laundry | 0.00 | 0.00 | |
| Dry Cleaning | 0.00 | 0.00 | |
| Gym Membership | 0.00 | 0.00 | |
| Other: Household supplies | 169.00 | 2,028.00 | |
| Other: | 0.00 | 0.00 | |
| **Total** | **$244.00** | **$2,928.00** | |

## CHILD CARE / EDUCATION

| | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Daycare / Babysitting | 0.00 | 0.00 | |
| Child Support | 0.00 | 0.00 | |
| After school Programs | 0.00 | 0.00 | |
| Private School | 0.00 | 0.00 | |
| College Tuition | 0.00 | 0.00 | |
| Tutoring | 0.00 | 0.00 | |
| Student Loan Payments | 114.00 | 1,368.00 | |
| Children's Sports Programs | 0.00 | 0.00 | |
| Other: Catholic faith formation | 8.33 | 100.00 | |
| Other: | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| **Total** | **$122.33** | **$1,468.00** | |

## ENTERTAINMENT

|  | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Movies | 0.00 | 0.00 | |
| Travel / Vacations | 0.00 | 0.00 | |
| Sports / Music / Concerts Tickets | 0.00 | 0.00 | |
| Books / Magazines / Newspapers | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| **Total** | **$0.00** | **$0.00** | |

## INVESTMENT PROPERTY

|  | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Mortgage | 0.00 | 0.00 | |
| Property Insurance | 0.00 | 0.00 | |
| Property Taxes | 0.00 | 0.00 | |
| Utilities (Electric/gas/phone) | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| **Total** | **$0.00** | **$0.00** | |

## SAVINGS

|  | MONTHLY | YEARLY | ACTUAL |
|---|---|---|---|
| Savings | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| Other: | 0.00 | 0.00 | |
| **Total** | **$0.00** | **$0.00** | |

## MONTHLY TOTALS

| TOTAL INCOME | TOTAL EXPENSES | TOTAL CASH FLOW |
|---|---|---|
| **$2,436.00** | **$3,585.92** | **$-1,149.92** |

You may order your reports from each of the three nationwide consumer reporting companies at the same time, or you can order from only one or two. The law allows you to order one free copy from each of the nationwide consumer reporting companies every 12 months.

You entered the following information regarding your creditors:

**Creditor Name:** Discover
Total Balance: $5,730.20
Minimum Payment: $115.00

Months Behind:
Months Behind: Credit Card

**Creditor Name:** Amazon
Total Balance: $1,347.88
Minimum Payment: $46.00
Months Behind:
Months Behind: Credit card

**Creditor Name:** First Financial Bank USA
Total Balance: $12,378.10
Minimum Payment: $328.00
Months Behind:
Months Behind: Credit Card

**Creditor Name:** Citi Bank
Total Balance: $3,053.23
Minimum Payment: $83.76
Months Behind:
Months Behind: Credit Card

**Creditor Name:** Paypal
Total Balance: $5,299.70
Minimum Payment: $76.00
Months Behind:
Months Behind: Credit card

**Creditor Name:** PayPal Mastercard
Total Balance: $278.85
Minimum Payment: $28.00
Months Behind:
Months Behind: Credit Card

**Creditor Name:** Federal Student Loans
Total Balance: $35,934.22
Minimum Payment: $119.35
Months Behind:
Months Behind: Student Loans

**Creditor Name:** Verve ACU
Total Balance: $5,500.00
Minimum Payment: $110.00
Months Behind:
Months Behind:

**Creditor Name:** Family Chiropractic
Total Balance: $800.00
Minimum Payment: $50.00
Months Behind:
Months Behind: Medical

**Creditor Name:** Lowell Engle
Total Balance: $27,000.00
Minimum Payment: $500.00
Months Behind: 3
Months Behind: Personal Loan

## 2. Goals

Here is a list of your goals. Print a copy of them and track your progress in achieving them.

---

**Goal 1. I want to pay my bills.**

**Why:**
This is not a goal because this only meets the objective of the goal.

---

**Goal 2. I want to save $250 cash to buy presents this Holiday Season.**

**Why:**
This is a goal because this goal includes both an objective and the time parameter.

---

**Goal 3. I would like to save $100 each month.**

**Why:**
This is a goal because this goal includes both an objective and the time parameter.

---

**Goal 4. I do not want to have credit card debt.**

**Why:**
This is not a goal because this only meets the objective of the goal.

---

**MY SHORT-TERM FINANCIAL GOALS**

**Short Term Goal 1.**
I want to have $100 in savings by April 1, 2020

**Short Term Goal 2.**
Be able to buy my son a $1000 car in 2 years.

**Short Term Goal 3.**
Put $10 in savings every month.

---

**MY LONG-TERM FINANCIAL GOALS**

**Long Term Goal 1.**
Have a savings account of $2000 in 5 years

**Long Term Goal 2.**
Purchase a new car $20000 in 10 years

**Long Term Goal 3.**
Have enough credit to buy a house in 15 years

## 3. NET WORTH STATEMENT

## Assets

| | |
|---|---|
| ESTIMATED VALUE OF YOUR HOME: | $0.00 |
| ESTIMATED VALUE OF AN INVESTMENT PROPERTY: | $0.00 |
| ESTIMATED VALUE OF YOUR CAR: | $300.00 |
| ESTIMATED VALUE OF 2ND CAR: | $0.00 |
| ESTIMATED VALUE OF BOAT OR RV: | $0.00 |
| OTHER: | $0.00 |

## Investments Accounts

| | |
|---|---|
| AVAILABLE IN MONEY MARKET ACCOUNT: | $0.00 |
| MUTUAL FUND BALANCE: | $0.00 |
| STOCKS & BONDS: (ESTIMATED BALANCE) | $0.00 |
| OTHER: | $0.00 |

## Retirement Account Balances

| | |
|---|---|
| 401K BALANCE: | $24,296.96 |
| IRA RETIREMENT ACCOUNT BALANCE: | $0.00 |
| PENSION ACCOUNT BALANCE: | $0.00 |
| OTHER: | $0.00 |

## Liabilities

| | |
|---|---|
| OUTSTANDING BALANCE ON YOUR MORTGAGE: | $0.00 |
| OUTSTANDING BALANCE ON YOUR LINE OF CREDIT: | $0.00 |
| OUTSTANDING BALANCE ON MORTGAGE FOR INVESTMENT PROPERTY: | $0.00 |
| OUTSTANDING BALANCE ON STUDENT LOANS: | $35,934.22 |
| OUTSTANDING BALANCE ON 401K LOAN: | $0.00 |
| OUTSTANDING BALANCE ON CAR LOAN #1: | $0.00 |
| OUTSTANDING BALANCE ON CAR LOAN #2: | $0.00 |
| OUTSTANDING BALANCE ON TAX DEBT: | $0.00 |
| OUTSTANDING BALANCE ON CREDIT CARDS: | $33,587.00 |
| OUTSTANDING BALANCE ON MEDICAL BILLS: | $1,700.00 |
| OUTSTANDING BALANCE ON REPOSSESSED CARS: | $0.00 |
| OUTSTANDING BALANCE ON OLD UTILITY BILLS: | $0.00 |
| OUTSTANDING BALANCE ON PAYDAY LOANS: | $0.00 |
| OUTSTANDING BALANCE ON PERSONAL LOANS: | $26,000.00 |

OTHER:        $0.00

# Your Estimated Net Worth

**Based on your input, your total net worth is:**
$24,596.96 (assets) - 97,221.22 (Liabilities) = $-72,624.26 (Net Worth)

### 4. COUNSELOR SUGGESTIONS

Below you will find some suggestions offered from a Certified Credit Counselor. These recommendations are based off of the information you provided on your Budget and Net Worth Statement during your course.

**Food:**     Please try to keep your grocery expense below 10% of your monthly Net Income.

- Try to use coupons at the grocery store to cut back on your monthly grocery expenses.
- Another good way to cut down on grocery expenses is to use a grocery list. Don't impulse shop!

**Personal Care:**     Please try to keep your personal care expenses below 5% of your monthly Net Income.

**Miscellaneous:**     Please try to keep your miscellaneous expenses below 10% of your monthly Net Income.

**Credit Card Debt:** According to your Net Worth Statement, you have a balance on credit cards and/or personal loans.

- Refrain from using credit cards or taking out personal loans in the future. The high balance results in high interest on your accounts and if you are not paying more than the minimum it will take years to pay off this debt.
- Try to pay at least double the minimum monthly payment.
- To pay down your debt, start paying your Credit Cards or personal loan by paying the highest interest rate first, and then work your way down.
- If you are not making payments on your credit cards, please do not include that on your budget.

**Medical Bills:**     Try to negotiate payment terms and interest rates on your medical bills to pay back this debt (if possible).

**Student Loans:**     Continue to pay on your student loan(s). The interest you are accruing monthly really adds up if you are currently not making any payments at all. If your loan(s) is currently in deferment, you may try to pay on the loan when possible to reduce the

principal. Interest never stops accruing!

[Close Window](#)