Gundersen Lutheran Admin Svcs     1900 South Avenue La Crosse, WI 54601-5467

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Veronica Novak | Gundersen Lutheran Admin Svcs | | 03/09/2020 | 03/22/2020 | 03/30/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.75 | 1,600.87 | 0.00 | 372.30 | 0.00 | 1,228.57 |
| YTD | 462.00 | 10,299.95 | 314.55 | 2,310.06 | 71.46 | 7,603.88 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| 2nd Shift | | | 0 | | 9.70 | Social Security OASDI | 99.25 | 621.67 |
| FML Unpaid | 03/09/2020 - 03/22/2020 | 3.75 | 0 | 0.00 | 0.00 | Medicare | 23.21 | 145.39 |
| Health Reward | | | 0 | | 250.00 | Federal Withholding | 166.97 | 1,046.73 |
| PTO | 03/09/2020 - 03/22/2020 | 7.5 | 20.89 | 156.68 | 1,117.63 | State Tax - IA | 0.00 | 1.32 |
| Reg Hourly | 03/09/2020 - 03/15/2020 | 32.75 | 20.89 | 684.15 | | State Tax - WI | 82.87 | 494.95 |
| Reg Hourly | 03/16/2020 - 03/22/2020 | 36 | 20.89 | 752.04 | 8,862.62 | | | |
| Weekend Diff | 03/16/2020 - 03/22/2020 | 4 | 2 | 8.00 | 60.00 | | | |
| Earnings | | | | 1,600.87 | 10,299.95 | Employee Taxes | 372.30 | 2,310.06 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Pre Tax | | 41.55 | Identity Theft Insurance | | 26.88 |
| Dental Pre Tax | | 54.00 | Long Term Disability | | 44.58 |
| Medical Pre Tax | | 219.00 | | | |
| Pre Tax Deductions | 0.00 | 314.55 | Post Tax Deductions | 0.00 | 71.46 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Employer Match | | 41.54 | OASDI - Taxable Wages | 1,600.87 | 10,026.95 |
| Dental Company | | 63.00 | Medicare - Taxable Wages | 1,600.87 | 10,026.95 |
| Life Basic Company | | 13.50 | Federal Withholding - Taxable Wages | 1,600.87 | 9,985.40 |
| Medical Company | | 1,497.00 | State Tax Taxable Wages - IA | 1,600.87 | 9,985.40 |
| Employer Paid Benefits | 0.00 | 1,615.04 | State Tax Taxable Wages - WI | 1,600.87 | 9,985.40 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| FREEDOM BANK | FREEDOM BANK ******3207 | ******3207 | | 1,228.57 | USD |



Gundersen Lutheran Admin Svcs    1900 South Avenue La Crosse, WI 54601-5467

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Veronica Novak | Gundersen Lutheran Admin Svcs | | 03/23/2020 | 04/05/2020 | 04/13/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 78.00 | 1,671.20 | 45.50 | 378.93 | 11.91 | 1,234.86 |
| YTD | 540.00 | 11,971.15 | 360.05 | 2,688.99 | 83.37 | 8,838.74 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| 2nd Shift | | | | 0 | 9.70 |
| Health Reward | | | | 0 | 250.00 |
| PTO | 03/23/2020 - 04/05/2020 | 2 | 20.89 | 41.78 | 1,159.41 |
| Reg Hourly | 03/23/2020 - 03/29/2020 | 40 | 20.89 | 835.60 | |
| Reg Hourly | 03/30/2020 - 04/05/2020 | 38 | 20.89 | 793.82 | 10,492.04 |
| Weekend Diff | | | | 0 | 60.00 |
| Earnings | | | | 1,671.20 | 11,971.15 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| Social Security OASDI | 100.79 | 722.46 |
| Medicare | 23.57 | 168.96 |
| Federal Withholding | 169.95 | 1,216.68 |
| State Tax - IA | 0.00 | 1.32 |
| State Tax - WI | 84.62 | 579.57 |
| Employee Taxes | 378.93 | 2,688.99 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Pre Tax | | 41.55 |
| Dental Pre Tax | 9.00 | 63.00 |
| Medical Pre Tax | 36.50 | 255.50 |
| Pre Tax Deductions | 45.50 | 360.05 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Identity Theft Insurance | 4.48 | 31.36 |
| Long Term Disability | 7.43 | 52.01 |
| Post Tax Deductions | 11.91 | 83.37 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Employer Match | | 41.54 |
| Dental Company | 10.50 | 73.50 |
| Life Basic Company | 2.25 | 15.75 |
| Medical Company | 249.50 | 1,746.50 |
| Employer Paid Benefits | 262.25 | 1,877.29 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,625.70 | 11,652.65 |
| Medicare - Taxable Wages | 1,625.70 | 11,652.65 |
| Federal Withholding - Taxable Wages | 1,625.70 | 11,611.10 |
| State Tax Taxable Wages - IA | 1,625.70 | 11,611.10 |
| State Tax Taxable Wages - WI | 1,625.70 | 11,611.10 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| FREEDOM BANK | FREEDOM BANK ******3207 | ******3207 | | 1,234.86    USD |

Gundersen Lutheran Admin Svcs    1900 South Avenue La Crosse, WI 54601-5467

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Veronica Novak | Gundersen Lutheran Admin Svcs | | 04/06/2020 | 04/19/2020 | 04/27/2020 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.25 | 1,336.97 | 45.50 | 289.80 | 11.91 | 989.76 |
| YTD | 600.25 | 13,308.12 | 405.55 | 2,978.79 | 95.28 | 9,828.50 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| 2nd Shift | | | 0 | | 9.70 | Social Security OASDI | 80.08 | 802.54 |
| Health Reward | | | 0 | | 250.00 | Medicare | 18.73 | 187.69 |
| Low Census Unpaid | 04/06/2020 - 04/19/2020 | 16 | 0 | 0.00 | 0.00 | Federal Withholding | 129.84 | 1,346.52 |
| PTO | 04/06/2020 - 04/19/2020 | 3.75 | 20.89 | 78.34 | 1,237.75 | State Tax - IA | 0.00 | 1.32 |
| Reg Hourly | 04/06/2020 - 04/12/2020 | 36.25 | 20.89 | 757.27 | | State Tax - WI | 61.15 | 640.72 |
| Reg Hourly | 04/13/2020 - 04/19/2020 | 24 | 20.89 | 501.36 | 11,750.67 | | | |
| Weekend Diff | | | 0 | | 60.00 | | | |
| Earnings | | | | 1,336.97 | 13,308.12 | Employee Taxes | 289.80 | 2,978.79 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Pre Tax | | 41.55 | Identity Theft Insurance | 4.48 | 35.84 |
| Dental Pre Tax | 9.00 | 72.00 | Long Term Disability | 7.43 | 59.44 |
| Medical Pre Tax | 36.50 | 292.00 | | | |
| Pre Tax Deductions | 45.50 | 405.55 | Post Tax Deductions | 11.91 | 95.28 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Employer Match | | 41.54 | OASDI - Taxable Wages | 1,291.47 | 12,944.12 |
| Dental Company | 10.50 | 84.00 | Medicare - Taxable Wages | 1,291.47 | 12,944.12 |
| Life Basic Company | 2.25 | 18.00 | Federal Withholding - Taxable Wages | 1,291.47 | 12,902.57 |
| Medical Company | 249.50 | 1,996.00 | State Tax Taxable Wages - IA | 1,291.47 | 12,902.57 |
| Employer Paid Benefits | 262.25 | 2,139.54 | State Tax Taxable Wages - WI | 1,291.47 | 12,902.57 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| FREEDOM BANK | FREEDOM BANK ******3207 | ******3207 | | 989.76    USD |

Gundersen Lutheran Admin Svcs    1900 South Avenue La Crosse, WI 54601-5467

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Veronica Novak | Gundersen Lutheran Admin Svcs | | 04/20/2020 | 05/03/2020 | 05/11/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,509.31 | 45.50 | 335.74 | 11.91 | 1,116.16 |
| YTD | 14,817.43 | 451.05 | 3,314.53 | 107.19 | 10,944.66 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| 2nd Shift | | | 0 | | 9.70 |
| COVID-19 Sick | 04/20/2020 - 05/03/2020 | 8 | 20.89 | 167.12 | 167.12 |
| Health Reward | | | 0 | | 250.00 |
| Low Census Unpaid | 04/20/2020 - 05/03/2020 | 8 | 0 | 0.00 | 0.00 |
| PTO | 04/20/2020 - 05/03/2020 | 8 | 20.89 | 167.12 | 1,404.87 |
| Reg Hourly | 04/20/2020 - 04/26/2020 | 32 | 20.89 | 668.48 | |
| Reg Hourly | 04/27/2020 - 05/03/2020 | 24.25 | 20.89 | 506.59 | 12,925.74 |
| Weekend Diff | | | 0 | | 60.00 |
| Earnings | | | | 1,509.31 | 14,817.43 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security OASDI | 90.75 | 893.29 |
| Medicare | 21.22 | 208.91 |
| Federal Withholding | 150.52 | 1,497.04 |
| State Tax - IA | 0.00 | 1.32 |
| State Tax - WI | 73.25 | 713.97 |
| Employee Taxes | 335.74 | 3,314.53 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre Tax | | 41.55 |
| Dental Pre Tax | 9.00 | 81.00 |
| Medical Pre Tax | 36.50 | 328.50 |
| Pre Tax Deductions | 45.50 | 451.05 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Identity Theft Insurance | 4.48 | 40.32 |
| Long Term Disability | 7.43 | 66.87 |
| Post Tax Deductions | 11.91 | 107.19 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | | 41.54 |
| Dental Company | 10.50 | 94.50 |
| Life Basic Company | 2.25 | 20.25 |
| Medical Company | 249.50 | 2,245.50 |
| Employer Paid Benefits | 262.25 | 2,401.79 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,463.81 | 14,407.93 |
| Medicare - Taxable Wages | 1,463.81 | 14,407.93 |
| Federal Withholding - Taxable Wages | 1,463.81 | 14,366.38 |
| State Tax Taxable Wages - IA | 1,463.81 | 14,366.38 |
| State Tax Taxable Wages - WI | 1,463.81 | 14,366.38 |

| Federal | State |
|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| FREEDOM BANK | FREEDOM BANK ****3207 | ****3207 | | 1,116.16 USD |