## United States Bankruptcy Court
Iowa - Northern

In re: Veronica Novak

Case No.

Chapter 7

Debtor(s)

## BUSINESS INCOME AND EXPENSES

| | |
|---|---|
| **Gross Monthly Income** | $ 454.00 |
| **Business Expenses** | |
| Cost of goods sold | |
| Advertising | 19.25 |
| Car and truck expenses | |
| Fees | 6.83 |
| Depreciation | |
| Employee benefits | |
| Insurance | |
| Interest | |
| Legal and professional | 27.25 |
| Office expense | |
| Pension and profit sharing | |
| Rent | |
| Other leases | |
| Repairs | |
| Maintenance | |
| Supplies | 115.75 |
| Taxes and licenses | |
| Travel, meals, etc | |
| Utilities | |
| Other  Client Development & Marke | 592.92 |
| Postage and Shipping | 5.92 |
| **Total Expenses** | $ 767.92 |
| **Net Monthly Income** | $ -313.92 |