IA-21

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 20-00658 |
| VERONICA NOVAK | ) | |
| | ) | APPLICATION FOR APPROVAL OF |
| | ) | EMPLOYMENT OF ATTORNEY OR |
| | ) | ACCOUNTANT: RECOMMENDATION |
| Debtor(s). | ) | AND ORDER |

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an Attorney is necessary to assist the Trustee with the recovery of a preference payment to an insider.

3. Stephen Larson and the firm of Simmons Perrine Moyer & Bergman, PLC is qualified by reason of practice and experience to render such representation or assistance.

   The fees for services rendered by Stephen Larson, and the firm of Simmons Perrine Moyer & Bergman, PLC in the performance of duties on behalf of the estate will $185 per hour plus out of pocket expenses.

5. The applicant has disclosed to the undersigned that they have the following connections with the debtor(s), creditors, or any other parties-in-interest:

None except Applicant's firm in other unrelated matters has been adverse to and/or represented Gundersen Health System, Veterans Memorial Hospital, and Discover, who are creditors and parties in interest in this case, but are not the primary targets of the Trustee's pursuit. Applicant therefore believes Stephen Larson and the firm of Simmons Perrine Moyer & Bergman, PLC are qualified.

WHEREFORE, applicant prays that the Court approve the employment of Stephen Larson, and the firm of Simmons Perrine Moyer & Bergman, PLC for the purposes described herein, subject to the approval of any compensation and expenses by the court in accordance with 11 U.S.C. §328(a).

Dated:     07/15/2020              /s/ Sheryl L. Schnittjer
                                   SHERYL L. SCHNITTJER
                                   CHAPTER 7 TRUSTEE
                                   24695 207th Ave.
                                   Delhi, IA  52223

RULE 2014(a) VERIFICATION

We, Stephen Larson and the firm of Simmons Perrine Moyer & Bergman, PLC, named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge and belief.

Dated: 7/17/2020                   /s/ Stephen Larson
                                   STEPHEN LARSON
                                   SIMMONS PERRINE, MOYER &
                                   BERGMAN, P.L.C.
                                   115 Third St. SE, Ste. 1200
                                   Cedar Rapids, IA  52401

RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the Application made by the trustee, I recommend that the professional employment applied for by the trustee be approved for the purpose indicated in the application.

Dated: 7/17/20                     United States Trustee, Region 12

                                   By: /s/ Janet G. Reasoner
                                       ID #76543

(2)

## ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code, §327, it is

ORDERED, the professional employment applied for is hereby APPROVED subject to the limitations provided for by Title 11, United States Code, §328.

Dated and Entered_____.

_____
UNITED STATES BANKRUPTCY JUDGE