IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE: | Chapter 7 Bankruptcy |
| --- | --- |
| VERONICA NOVAK | Case No. 20-00658 |
| Debtor. | **ORDER** |

The matter before the Court is a Motion to Extend Time to Object to Exemption (Dkt. #13) filed by Trustee Sheryl Schnittjer. Pursuant to N.D.L.R. 4003-1, the Trustee, and only the Trustee, is hereby granted through and including August 21, 2020, to object to the Debtor's exemption claims.

DATED AND ENTERED: July 21, 2020.

_____
Thad J. Collins, Chief Bankruptcy Judge
U.S. Bankruptcy Court, Northern District of Iowa

*ORDER PREPARED BY:*
Stephen B. Larson, AT0014154
Attorney for Trustee

SSTE Novak Pleadings/Drafts/Order re: Mtn to Extend Time to Object to Exemptions. 072020.410p.sbl