```
                          United States Bankruptcy Court
                            Northern District of Iowa
In re:                                                              Case No. 20-00658-TJC
Veronica Novak                                                      Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0862-2          User: admin                  Page 1 of 1              Date Rcvd: Jul 20, 2020
                              Form ID: pdf902              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
db            +Veronica Novak,    203 2nd St NW,    Waukon, IA 52172-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
              Patrick B. Dillon    on behalf of Debtor Veronica  Novak patdillon@dillonlawpc.com,
               deb@dillonlawpc.com
              Sheryl  Schnittjer    delhisls926@gmail.com, sschnittjer@ecf.axosfs.com
              Stephen  Larson    on behalf of Trustee Sheryl  Schnittjer slarson@spmblaw.com
              United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 20-00658 |
| VERONICA NOVAK | ) | |
| | ) | APPLICATION FOR APPROVAL OF |
| | ) | EMPLOYMENT OF ATTORNEY OR |
| | ) | ACCOUNTANT: RECOMMENDATION |
| Debtor(s). | ) | AND ORDER |

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an Attorney is necessary to assist the Trustee with the recovery of a preference payment to an insider.

3. Stephen Larson and the firm of Simmons Perrine Moyer & Bergman, PLC is qualified by reason of practice and experience to render such representation or assistance.

   The fees for services rendered by Stephen Larson, and the firm of Simmons Perrine Moyer & Bergman, PLC in the performance of duties on behalf of the estate will $185 per hour plus out of pocket expenses.

5. The applicant has disclosed to the undersigned that they have the following connections with the debtor(s), creditors, or any other parties-in-interest:

None except Applicant's firm in other unrelated matters has been adverse to and/or represented Gundersen Health System, Veterans Memorial Hospital, and Discover, who are creditors and parties in interest in this case, but are not the primary targets of the Trustee's pursuit. Applicant therefore believes Stephen Larson and the firm of Simmons Perrine Moyer & Bergman, PLC are qualified.

WHEREFORE, applicant prays that the Court approve the employment of Stephen Larson, and the firm of Simmons Perrine Moyer & Bergman, PLC for the purposes described herein, subject to the approval of any compensation and expenses by the court in accordance with 11 U.S.C. §328(a).

Dated: 07/15/2020

/s/ Sheryl L. Schnittjer
SHERYL L. SCHNITTJER
CHAPTER 7 TRUSTEE
24695 207th Ave.
Delhi, IA 52223

RULE 2014(a) VERIFICATION

We, Stephen Larson and the firm of Simmons Perrine Moyer & Bergman, PLC, named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge and belief.

Dated: 7/17/2020

/s/ Stephen Larson
STEPHEN LARSON
SIMMONS PERRINE, MOYER &
BERGMAN, P.L.C.
115 Third St. SE, Ste. 1200
Cedar Rapids, IA 52401

RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the Application made by the trustee, I recommend that the professional employment applied for by the trustee be approved for the purpose indicated in the application.

Dated: 7/17/20

United States Trustee, Region 12

By: /s/ Janet G. Reasoner
ID #76543

ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code, §327, it is

ORDERED, the professional employment applied for is hereby APPROVED subject to the limitations provided for by Title 11, United States Code, §328.

Dated and Entered  July 20, 2020                        .

*[Signature]*

UNITED STATES BANKRUPTCY JUDGE

(3)