```
United States Bankruptcy Court
     Northern District of Iowa
```

In re:                                                                  Case No. 20-00658-TJC
Veronica Novak                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-2          User: admin              Page 1 of 1              Date Rcvd: Jul 21, 2020
                              Form ID: pdf902          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db              +Veronica Novak,    203 2nd St NW,    Waukon, IA 52172-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              Patrick B. Dillon    on behalf of Debtor Veronica  Novak patdillon@dillonlawpc.com,
               deb@dillonlawpc.com
              Sheryl  Schnittjer    delhisls926@gmail.com, sschnittjer@ecf.axosfs.com
              Stephen  Larson    on behalf of Trustee Sheryl  Schnittjer slarson@spmblaw.com
              United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE: <br><br> VERONICA NOVAK <br><br> Debtor. | Chapter 7 Bankruptcy <br> Case No. 20-00658 <br><br> **ORDER** |
|---|---|

The matter before the Court is a Motion to Extend Time to Object to Exemption (Dkt. #13) filed by Trustee Sheryl Schnittjer. Pursuant to N.D.L.R. 4003-1, the Trustee, and only the Trustee, is hereby granted through and including August 21, 2020, to object to the Debtor's exemption claims.

DATED AND ENTERED: July 21, 2020.

Thad J. Collins, Chief Bankruptcy Judge
U.S. Bankruptcy Court, Northern District of Iowa

*ORDER PREPARED BY:*
Stephen B. Larson, AT0014154
Attorney for Trustee

SSTE Novak Pleadings/Drafts/Order re: Mtn to Extend Time to Object to Exemptions. 072020.410p.sbl