IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>VERONICA NOVAK,<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No. 20-00658<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

  Pursuant to F.R.B.P. 9010(b), please take notice that Eric J. Langston of Simmons Perrine Moyer Bergman PLC is appearing for the following party in the above-captioned bankruptcy case: Trustee Sheryl Schnittjer.

  This party is a party in interest in this case. Pursuant to F.R.B.P. 2002 and 9007, the undersigned, on behalf of Trustee Sheryl Schnittjer, hereby requests that all notices given or required to be given in this case and all papers served or required to be served, including Notices of Abandonment, in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

  Please take further notice that the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

*/s/ Eric J. Langston*
Eric J. Langston, AT0014001
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elangston@spmblaw.com
ATTORNEY FOR TRUSTEE

## Certificate of Service

  The undersigned certifies, under penalty of perjury, that on this 4th day of August 2020, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case, who are list below:

               /s/ Kelly Carmichael

Patrick Dillon
Sheryl Schnittjer

SSTE Novak/Pldgs/BA 20-00658 Drafts/Appearance by EJL.080420.0858.ejl